IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAROLA K. HART, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:23-cv-137-JTA |
| | )   (WO) |
| CARLOS V. SUAREZ AND BADGER STATE FREIGHT, INC., | ) |
| | ) |
|    Defendants. | ) |

# FINAL JUDGMENT

Pursuant to the joint stipulation of dismissal with prejudice (Doc. No. 57) filed by the parties which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. This action is hereby DISMISSED with prejudice.

2. The costs of this action should be taxed as paid.

3. This case is closed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 20th day of May, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE